UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE #16-31265
CHAPTER 13
• JUDGE JOHN P. GUSTAFSON

Debtor: Swartz, Justin M *

## TRANSMITTAL OF UNCLAIMED FUNDS

Elizabeth A. Vaughan, Trustee of this estate, reports the following: Trustee made several attempts to contact the debtor due to outstanding stale dated refund check(s) dating back to January 31, 2017.

The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 1085486 | Swartz, Justin M<br>805 Gloria Avenue<br>Lima, OH 45805 | $2,778.21 | 01/31/17 |

Note: Reissued again as ck#1096230 dated 05/16/17 – both checks were voided-see attached Trustee report.

Your trustee's electronic payment in the amount of $2,778.21 submitted herewith.

Date: November 29, 2017

/S/Elizabeth A. Vaughan
Elizabeth A. Vaughan
Trustee in Bankruptcy

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion | Comp | Expense | Batch Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** through 11/29/2017 | | | | | | **CASE NUMBER** 1631265 **DEBTOR** SWARTZ, JUSTIN M | | | | | | | |
| 28 | 899 | 8 | 11.29.2017 | 17_11 | REGISTRY, U.S. BANKRUPTCY ( | Debtor Refund Closing/Compute | 1116461 | 2,778.21 | 2,778.21 | 0.00 | 0.00 | 0.00 | 00033930 |
| Cleared: | | | Posted: 11.29.2017 | | 1716 SPIELBUSCH TOLEDO OH 43624-0000 | | | | | | | | |
| 28 | 899 | 8 | 09.22.2017 | 17_09 | DEBTOR | Cancellation of Debtor Refund | 1096230 | (2,778.21) | (2,778.21) | 0.00 | 0.00 | 0.00 | 00033677 |
| Cleared: 09.22.2017 | | | Posted: 09.22.2017 | | 805 GLORIA AVENUE LIMA OH 45805- | | | | | | | | |
| 28 | 899 | 8 | 05.16.2017 | 17_05 | DEBTOR | Debtor Refund Closing/Compute | 1096230 | 2,778.21 | 2,778.21 | 0.00 | 0.00 | 0.00 | 00033107 |
| Cleared: 09.22.2017 | | | Posted: 05.16.2017 | | 805 GLORIA AVENUE LIMA OH 45805- | | | | | | | | |
| 28 | 899 | 8 | 05.16.2017 | 17_05 | DEBTOR | Cancellation of Debtor Refund | 1085486 | (2,778.21) | (2,778.21) | 0.00 | 0.00 | 0.00 | 00033098 |
| Cleared: 05.16.2017 | | | Posted: 05.16.2017 | | 805 GLORIA AVENUE LIMA OH 45805- | | | | | | | | |
| 28 | 899 | 8 | 01.31.2017 | 17_01 | SWARTZ, JUSTIN | 23 | 1085486 | 2,778.21 | 2,778.21 | 0.00 | 0.00 | 0.00 | P0139069 |
| Cleared: 05.16.2017 | | | Posted: 01.31.2017 | | 805 GLORIA AVENUE LIMA OH 45805- | | | | | | | | |

| | | |
|---|---|---|
| Total 3rd Party Principal | 0.00 | Total 0.00 0.00 |
| Total 3rd Party Interest | 0.00 | |
| Total Principal | 2,778.21 | |
| Total Interest | 0.00 | |
| Total | 2,778.21 | |
| Total Fees | 0.00 | |